UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7696

RICHARD CURTIS TAYLOR,

Petitioner - Appellant,

versus

EARL D. BESHEARS, Warden; ATTORNEY GENERAL OF
THE STATE OF MARYLAND,

Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-95-
858-MJG)

Submitted: August 28, 1997      Decided: September 10, 1997

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Charles Bonsib, Bruce L. Marcus, Greenbelt, Maryland, for
Appellant. Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion and find no reversible error. We note that the district court used the proper standard for determining whether an evidentiary hearing was required by using the standard in place before the Antiterrorism and Effective Death Penalty Act became effective. See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Taylor v. Beshears, No. CA-95-858-MJG (D. Md. Oct. 17, 1996). See Lindh, 521 U.S. ___, WL 338568. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED